UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ERNEST DICKERSON,

    Plaintiff,

v.

CAROL PORTER,

    Defendant.

Case No. C06-5293RJB

ORDER DENYING ALL PENDING MOTIONS

This action, brought under 42 U.S.C. §2000, has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). The Court has recommended this action be dismissed for failure to exhaust administrative remedies. Plaintiff has filed two motions asking for appointment of counsel. (Dkt. # 5 and 6). In light of the pending Report and Recommendation the motions are **DENIED.**

DATED this 31st day of August, 2006.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER
Page - 1